UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DONALD HESS and ELIZABETH PADILLA,   Case No: 21-cv-4099 (AT)
individually and on behalf of all others similarly situated,

**NOTICE OF APPEARANCE**

Plaintiffs,

-against-

BED BATH & BEYOND INC,

Defendant.
------------------------------------------------------------------------X

To: The Clerk of the Court and all Parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Donald Hess and Elizabeth Padilla, individually and on behalf of all others similarly situated.

Dated: Huntington, New York
       June 7, 2021

Respectfully Submitted,

MOSER LAW FIRM, P.C.

By: *Paul Pagano*
Paul A. Pagano, Esq.
*Attorneys for Plaintiff*
5 East Main Street
Huntington, NY 11743
(516) 671-1150
paul.pagano@moserlawfirm.com

1

7074733.1