## WAIVER OF THE SERVICE OF SUMMONS

Re:   *Donald Hess and Elizabeth Padilla, individually and on behalf of all others similarly situated v. Bed Bath & Beyond, Inc.*
SDNY Case No.: 21-CV-4099 (AT)

To:   Moser Law Firm, P.C.
Attn. Paul Pagano, Esq.
5 E. Main Street
Huntington, NY 11743

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent (Bed Bath & Beyond Inc.), agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from June 7, 2021, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 6/15/21

_____
(Signature of the attorney
or unrepresented party)

JEFFREY H. RUZAL
(Printed name)
EPSTEIN BECKER & GREEN, P.C.
875 THIRD AVENUE, NY, NY 10022
(Address)

jruzal@ebglaw.com
(E-mail address)

(212) 351-3762
(Telephone number)

6798428.1