USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2021



**EPSTEIN BECKER GREEN**

Attorneys at Law

Jeffrey H. Ruzal
t 212.351.3762
f 212.878.8600
JRuzal@ebglaw.com

August 5, 2021

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

Re: *Hess and Padilla v. Bed Bath & Beyond. Inc.*
Index No. 1:21-cv-4099-AT

Dear Judge Torres:

We represent Defendant Bed Bath & Beyond Inc. ("Bed Bath & Beyond") in this matter. We write pursuant to your Honor's Individual Practices I(C) on behalf of both Parties to request a two-week extension of the August 6, 2021 deadline for submission of Defendant's answer or other response to the Complaint until August 20, 2021. The Parties seek this extension of time because they are currently negotiating in good faith over a proposed amended complaint.

Pursuant to your Honor's Individual Practices III(B), the parties have already exchanged a set of letters regarding deficiencies in the Complaint. Pursuant to conferring with Defendant, Plaintiffs prepared a draft amended complaint, which they produced to Defendant on August 3. In order to properly evaluate the proposed amendments, and to potentially avoid filing a responsive motion to any amended complaint, Defendant respectfully requests additional time to analyze the current version of the draft amended complaint.

No prior requests have been made for an extension of this date. This is a request from Defendant and Plaintiffs consent to the request.

Thank you for Your Honor's courtesies in this matter.

GRANTED. By **August 20, 2021**, Defendant shall answer or otherwise respond to the complaint.

SO ORDERED.

Dated: August 6, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge