UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DONALD HESS and ELIZABETH PADILLA,      Case No: 21-cv-4099 (AT)
individually and on behalf of all others similarly situated,

                               Plaintiffs,     **[PROPOSED] SO-ORDERED STIPULATION REGARDING AMENDMENT**

-against-

BED BATH & BEYOND INC,

                              Defendant.
------------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned and all parties of record that Plaintiffs may amend their initial complaint to the form of the first amended complaint ("FAC") provided to Defendant on August 31, 2021;

**IT IS FURTHER STIPULATED AND AGREED,** that such amendment shall be without prejudice to Defendant's right to answer, move to dismiss, or otherwise respond to the FAC;

**IT IS FURTHER STIPULATED AND AGREED,** that this stipulation may be executed by facsimile and/or in counterparts each of which will be deemed an original.

Dated: Huntington, New York
           September 8, 2021

MOSER LAW FIRM, P.C.                            EPSTEIN BECKER & GREEN, P.C.

*Paul Pagano*                                              *Matthew S. Aibel*
_____        _____
By: Steven J. Moser, Esq., Paul A. Pagano, Esq.     By: Matthew S. Aibel, Esq.
     *Attorneys for Plaintiffs*                                *Attorneys for Defendant*
     5 East Main Street                                        875 Third Avenue
     Huntington, New York 11743                   New York, NY 10022
     (516) 671-1150                                          (212) 351-4500

So Ordered:_____
          Hon. Analisa Torres