USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/30/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD HESS and ELIZABETH PADILLA, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

BED BATH & BEYOND INC.,

                Defendant.

21 Civ. 4099 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated September 22 and 29, 2021. ECF Nos. 21–22. Accordingly:

1. Defendant's request for leave to file a motion to dismiss the first amended complaint is GRANTED;
2. By **November 4, 2021**, Defendant shall file its motion to dismiss;
3. By **November 29, 2021**, Plaintiffs shall file their opposition papers, and;
4. By **December 13, 2021**, Defendant shall file its reply, if any.

    The Clerk of Court is directed to terminate the motion at ECF No. 21.

    SO ORDERED.

Dated: September 30, 2021
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge