USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONALD HESS and ELIZABETH PADILLA,
individually and on behalf of all others
similarly situated,

                Plaintiffs,

       - against -

BED BATH & BEYOND INC.,

                Defendant.
-------------------------------------------------------------X

21-CV-4099 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This matter has been referred to me for general pretrial purposes. By **October 18, 2021**, Defendant shall file a response to Plaintiff's October 11, 2021 letter (Dkt. 24).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 12, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

1