```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONALD HESS and ELIZABETH PADILLA,
individually and on behalf of all others
similarly situated,

              Plaintiffs,

      - against -

BED BATH & BEYOND INC.,

              Defendant.
------------------------------------------------------------X

21-CV-4099 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the conference held on October 29, 2021, the parties shall jointly file a proposed revised schedule by **November 5, 2021**. The issues raised by Plaintiff in Dkt. 24 are preserved in the event the parties cannot resolve their discovery disputes through the meet and confer process.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 29, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

1