```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2021
```

**MOSER LAW FIRM, P.C.**

Steven J. Moser
631-824-0200
steven.moser@moserlawfirm.com

November 5, 2021

VIA ECF

The Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

Re:   *Hess, et. al. v. Bed Bath & Beyond, Inc.,* **21-cv-4099 (AT)**

Dear Judge Lehrburger:

On October 29, 2021 the parties stated that they would be able to submit a proposed scheduling order today. Yesterday the attorneys for the respective parties participated in a 1 hour telephone call regarding discovery and the contents of a proposed scheduling order. In the hopes of reaching agreement, the parties jointly request until November 12, 2021 to submit a proposed scheduling order.

Respectfully submitted,

/s *Steven J. Moser*
Steven J. Moser

TO: All counsel of Record (VIA ECF)

SO ORDERED:

11/8/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE