USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/19/2021_

**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Jeffrey H. Ruzal
t  212.351.3762
f  212.878.8600
JRuzal@ebglaw.com

November 18, 2021

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

      **Re:**   *Hess and Padilla v. Bed Bath & Beyond. Inc.*
            **Index No. 1:21-cv-4099-AT**

Dear Judge Torres:

      The undersigned represents Defendant Bed Bath & Beyond Inc. ("Bed Bath & Beyond") in this matter.  I write pursuant to your Honor's Individual Practices I(C) on behalf of both Parties to request clarification as to whether the conference currently scheduled for November 22, 2021 at 10:30 AM will go forward.  The conference appears to have been scheduled by the Court pursuant to Your Honor's July 6, 2021 Case Management Order (ECF #15); however, Your Honor has since referred this matter to Magistrate Lehrburger on October 12, 2021 (ECF# 25), and the Parties are scheduled to appear before Magistrate Lehrburger for a discovery conference on November 30, 2021, pursuant to which the parties expect an amended case management order to be established.

      The case management conference scheduled for November 22, 2021, is ADJOURNED *sine die*.  The Court will set a date for a case management conference following the issuance of the amended case management order by the Honorable Judge Lehrburger.

      SO ORDERED.

      Dated: November 19, 2021
            New York, New York

_____
ANALISA TORRES
United States District Judge