MOSER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/30/2021_

Paul A. Pagano
917-589-1479
paul.pagano@moserlawfirm.com

November 24, 2021

VIA ECF

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

Re: *Hess, et. al. v. Bed Bath & Beyond, Inc.,* **21-cv-4099 (AT)(RWL)**

Dear Judge Torres,

The undersigned's firm represents Plaintiffs Donald Hess ("Hess") and Elizabeth Padilla ("Padilla" and with Hess collectively "Plaintiffs"). This letter is written pursuant to Your Honor's Individual Practices I(B) and I(C) to respectfully request a brief 18 day extension of Plaintiffs' time to oppose Defendant Bed Bath & Beyond's motion to dismiss from November 29, 2021 to December 17, 2021. ECF Nos. 31-34.

At present, Plaintiffs' opposition papers are due November 29, 2021 (right after the Thanksgiving holiday weekend). The reason for Plaintiffs' request is that they need additional time to complete the motion in light of the holiday and other unexpected scheduling issues that have arisen. There have been no previous requests for an extension of Plaintiffs' time to oppose. The request is on consent of Defendant's counsel. To the best of Plaintiffs' understanding the only date affected by the request is BBB's reply date which is currently December 13, 2021 and which the parties propose would be adjourned to January 7, 2022.

GRANTED. By **December 17, 2021**, Plaintiffs shall file their opposition papers. By **January 7, 2022**, Defendant shall file their reply, if any.

SO ORDERED.   `

Dated: November 30, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge