**MOSER LAW FIRM, PC** 

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

March 10, 2022

**VIA ECF**

Hon. Robert W. Lehrburger, USMJ
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    *Hess v. Bed, Bath & Beyond, Inc.,* Case No. 21-cv-4099(AT)(RWL)

Dear Judge Lehrburger:

    I represent the Plaintiffs in the above referenced matter.  I write to request, with the Defendant's consent, for an extension of the time to furnish a proposed amended complaint to the Defendants.

    On February 11, 2022, the Court directed the Plaintiffs to furnish a proposed amended pleading to the Defendant on or before March 11, 2022.  By that same order, the Court directed the parties to meet and confer regarding the proposed amendments on or before March 21, 2022, and that, in the event that the matter cannot be resolved between the parties, that the Plaintiff file a pre-motion letter concerning the amendment on or before March 28, 2022.

    Plaintiffs seek a three week extension of all above dates to April 1, 2022, April 11, 2022, and April 18, 2022, respectively.  The reason for this request is that I had medical leave of absence as of February 11, 2022, and am still recovering.

    Very truly yours,

    *Steven J. Moser*

    Steven J. Moser

CC:    All counsel of record via ECF