

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

May 02, 2022

**VIA ECF**

Hon. Robert W. Lehrburger, USMJ
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2022
```

Re:   *Hess v. Bed, Bath & Beyond, Inc.,* Case No. 21-cv-4099(AT)(RWL)

Dear Judge Lehrburger:

I represent the Plaintiffs in the above referenced matter. Today is the present deadline for filing a motion for class certification under Rule 23. There is a conference scheduled for May 12, 2022, concerning an anticipated motion to amend the complaint to expand the class definition.

By this letter, the Plaintiffs request an extension *sine die* of the deadline to file the motion for class certification pending a resolution of the pleading issues. Defendants have consented to this request.

Respectfully submitted,

*Steven J. Moser*

Steven J. Moser

CC:   All counsel of record via ECF

Request granted. Deadline for filing class certification motion is adjourned sine die.

SO ORDERED:
5/3/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE