```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONALD HESS and ELIZABETH PADILLA, :
individually and on behalf of all others : 21-CV-4099 (AT) (RWL)
similarly situated, :
                      Plaintiffs, :
:
         - against - : **ORDER**
:
BED BATH & BEYOND INC., :
:
                     Defendant. :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the telephonic conference held on May 12, 2022, Plaintiffs shall file their motion to file a third amended complaint by **May 27, 2022**; Defendant shall file its opposition by **June 27, 2022**; and Plaintiff shall file any reply by **July 18, 2022**. By **May 19, 2022**, Defendant will provide Plaintiffs with a date by which its sampled discovery will be complete**.**

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: May 12, 2022
       New York, New York

Copies transmitted this date to all counsel of record.