

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

May 27, 2022

**VIA ECF**

Hon. Robert W. Lehrburger, USMJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Hess v. Bed, Bath & Beyond, Inc.,* Case No. 21-cv-4099(AT)(RWL)

Dear Judge Lehrburger:

    I represent the Plaintiffs. Today is the day for submission of Plaintiff's motion to amend the complaint. The parties are discussing the potential for a consolidated briefing schedule as the issues in both the motion to amend and motion to dismiss may overlap. The parties therefore request a two week extension of the briefing schedule for Plaintiff's anticipated motion to amend.

                                    Respectfully submitted,

                                    *Steven J. Moser*
                                  Steven J. Moser

CC:    All counsel of record via ECF