```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
DONALD HESS and ELIZABETH PADILLA,         :
individually and on behalf of all others similarly  :
situated,                                                                   :
                          Plaintiffs,                        :
                                                         :
                  - against -                                         :
                                                           :
BED BATH & BEYOND, INC.,                        :
                               Defendant               :
                                                        :
                                                         :
                                                          :
                                                          :
------------------------------------------------------------------ X

                                 [PRPOSED] ORDER TO
                                 TERMINATE THE
                                 APPEARANCE OF MATTHEW
                                 SAVAGE AIBEL FOR
                                 DEFENDANT BED BATH &
                                 BEYOND, INC.

                                 21cv04099 (AT)(RWL)

      Defendant Bed Bath & Beyond, Inc. ("BBB") by and through its counsel, Epstein Becker & Green, P.C. ("EBG"), respectfully requests, pursuant to Local Civil Rule 1.4, that the Appearance of Matthew S. Aibel, as counsel on its behalf be terminated.  Mr. Aibel is no longer associated with EBG and no longer represents BBB in this matter.

      EBG has represented BBB throughout the pendency of this action and continues to do so.  Mr. Aibel appeared in this action while an attorney at EBG by filing a Notice of Appearance on behalf of BBB on June 23, 2021.  This case is currently in the pleading phase as Plaintiffs are scheduled to move for leave to file a Third Amended Complaint.  This case has not been placed on the Court's calendar for trial.  The termination of Mr. Aibel's appearance will not affect the posture of this case in any way.

      Defendant Bed Bath & Beyond, Inc., therefore, respectfully requests that the appearance of Matthew Savage Aibel on its behalf be terminated.

FIRM:56246485v1

Dated: New York, New York
       June 3, 2022

                                    EPSTEIN BECKER & GREEN, P.C.

                                    By:    s/Jeffrey H. Ruzal
                                            Jeffrey H. Ruzal
                                  875 Third Avenue
                                  New York, New York 10022
                                  (212) 351-4500
                                  kdigia@ebglaw.com
                                  *Attorneys for Defendant Bed Bath & Beyond, Inc.*

**SO ORDERED:**                                  Dated:    June   3  , 2022

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

FIRM:56246485v1