

MOSER LAW FIRM, P.C.

Steven J. Moser
631-824-0200
steven.moser@moserlawfirm.com

July 19, 2022

<u>VIA ECF</u>

The Honorable Robert W. Lehrburger, USMJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Hess, et. al. v. Bed Bath & Beyond, Inc.,* **21-cv-4099 (AT)**

Dear Judge Lehrburger:

    Plaintiffs will not contest that 2/3 of the class members reside in New York and therefore the BBB may file the motion without any third-party data concerning the residence of class members. Had Mr. Ruzal enquired, we would have so informed him.

    I'm sorry that Mr. Ruzal believes the representations I made to the court were intentionally misleading. That was not my intention, and is not consistent with my hard-earned reputation with the defense bar and the Court. Whatever my personal feelings, I would not accuse an adversary of intentionally misleading the Court either for tactical reasons or simply because I suspected defense counsel of acting in bad faith.

    The <u>facts</u> are as follows:

1. On Friday May 27, 2022 I emailed a proposed court correspondence to Mr. Ruzal for his review. That letter called for a *single motion to be made to Judge Torres;*

2. On May 27, 2022, at 11:36 AM, that letter came back with extensive redlines. I skimmed through the document at noted (1) that Defendant wanted to submit a 50 page brief and (2) wanted to submit two separate motions. I knew I could not agree to this and I quickly advised him that perhaps it would be best to seek a two week extension. He agreed.

3. On June 10, 2022, I submitted a letter which contained my understanding of the parties' respective positions. *See* ECF No. 83. I pointed out that "Defendant. . . intends to file a motion to dismiss the Second Amended Complaint ***on largely the same grounds that it will argue the proposed Third Amended Complaint is futil****e.*" BBB did not advise the Court that the letter in any way did not correctly present the



MOSER LAW FIRM, P.C.

September 29, 2021
Page 2 of 2

      parties' positions, and based on that letter Judge Lehrburger issued a briefing schedule three days later.

4. On July 18, 2022, I submitted a letter seeking an extension of the briefing schedule in *Georgiou* explaining that the bases of the motions to dismiss in *Georgiou* and *Hess*.

5. On July 18, 2022, the Defendant advised the Courts in *Georgiou* and *Hess* that I had intentionally mischaracterized the motions. According to Defense counsel, Defendant's extensive proposed redlines to Plaintiff's proposed letter dated May 27, 2022 which were rejected wholesale because of the Defendant's desire to submit a 50 page brief, is sufficient proof that Plaintiffs are intentionally misleading the Courts.

    The "home state exception" argument first raised with the Court by Bed Bath & Beyond, Inc. on July 18, 2022 (or according to Bed Bath & Beyond on May 27, 2022) was untimely raised and is not a jurisdictional issue. However, in the issues of efficiency, we preserve these arguments for any opposition to the motion to dismiss. Plaintiffs also agree for the purposes of the motion that at least 2/3 of the class members are residents of New York, and therefore statistical evidence as to the residence of the class members is unnecessary. Even if 2/3 of the Class members are residents of New York, however, the Defendant is not entitled to the relief it seeks.

    For the foregoing reasons I respectfully request that the motion for yet another extension of the briefing schedule be denied.

                                                   Respectfully Submitted,

                                                   *Steven J. Moser*
                                                   Steven J. Moser

CC: Hon. Brian E. Cogan, USDJ