# EXHIBIT A

## EXHIBIT A TO PETITION -
## COMMISSIONER'S ORDER, DATED OCTOBER 7, 1994 [15–17]



OCT. 12. 1994   2:53PM   = 1
PHONE NO. : 516 681 4538

LONG ISLAND

### STATE OF NEW YORK
### DEPARTMENT OF LABOR
### DIVISION OF LABOR STANDARDS
### THE GOV. W. AVERELL HARRIMAN
### STATE OFFICE BUILDING CAMPUS
### ALBANY, NEW YORK 12240

### ORDER UNDER ARTICLES 4 AND 6
### OF THE NEW YORK STATE LABOR LAW

IKEA U.S., Inc.
1100 Broadway Mall
Hicksville, NY 11801

Attn: Cathy Miller, Human Resource Manager

RECEIVED
DEPT OF LABOR
[illegible]
DEC 4 1994
[illegible]

| Civil Penalty: | | |
|---|---|---|
| Count I | - | $400.00 |
| Count II | - | 100.00 |
| Count III | - | 200.00 |
| Total | - | $700.00 |

Refer To:   04-94-256 CL&NM

Address Reply To:
Interest, Penalty & Collection Section
Bldg. 12, Room 185B, State Campus
Albany, NY 12240
Attn: Diane Fiano, Supervisor

After investigation by the Division of Labor Standards, the Commissioner of Labor finds:

1. At all times mentioned in this Order, the above named was an employer as defined in New York State Labor Law and conducted business at the above address.

2. During the period February 28, 1993 through February 15, 1994 manual workers were paid bi-weekly on Friday for the bi-weekly pay period ending the previous Saturday.

3. Said employer employed the following minor(s) under the age of eighteen:

Name:   Kelly Scalafani
Address:   19 Clinton Ln., Hicksville, NY
Period of Employment:   October 14, 1993 - February 15, 1994
Date of Birth:   October 14, 1977        Age: 16
Occupation:   Cashier

Name:   Dina Hendawi
Address:   14 Taloma Ln., Syosset, NY
Period of Employment:   October 22, 1993 - February 15, 1994
Date of Birth:   February 23, 1977        Age: 16
Student at:   Syosset High School, Syosset, NY
Occupation:   Cashier

Case 1:21-cv-04099-AT-RWL   Document 101-1   Filed 08/12/22   Page 3 of 4

LONG ISLAND

OCT. 12. 1994   2:33PM   P-2
PHONE NO. : 516 681 4538

-2-

## COUNT I

4.   That said employer violated Section 132 of the New York State Labor Law by failing to obtain an employment certificate from Kelly Scalafani and Dina Hendawi prior to the employment of said minors.

## COUNT II

5.   That said employer violated Section 143.1 of the New York State Labor Law by permitting the employment of Dina Hendawi more than eight hours on a Friday, Saturday, Sunday or Holiday.

## COUNT III

6.   That said employer violated Section 191.1a of the New York State Labor Law by failing to pay wages weekly to manual workers not later than seven calendar days after the end of the week in which the wages were earned.

NOW, upon the foregoing findings and giving due consideration to the statutory criteria of the size of the employer's business, the good faith of the employer, the gravity of the violation, the history of previous violations and the failure to comply with record keeping or other requirements, as revealed by the investigation of the Division of Labor Standards and reports of the Compliance Conference with the employer, and by the authority of Sections 141 and 218 of the Labor Law, it is hereby

ORDERED, that said employer be assessed a civil penalty in the amount shown above to be paid to the Commissioner of Labor at the office of the Division of Labor Standards, Department of Labor, located at Interest, Penalty & Collection Section, Bldg. 12, Room 185B, State Office Campus, Albany, NY 12240 and it is further

ORDERED, that in the event the civil penalty assessed herein is not paid within 60 days following the service of a certified copy of the Order upon the employer, this Order may be filed with the County Clerk of the County where the employer resides or has a place of business for entry of a civil judgment pursuant to New York State Labor Law.

For the Commissioner of Labor

By: _____

Richard J. Polsinello, Director
Division of Labor Standards

Dated: October 7, 1994

THE CIVIL PENALTY IS TO BE PAID BY CERTIFIED CHECK, CASHIER'S CHECK OR MONEY ORDER PAYABLE TO: "COMMISSIONER OF LABOR"

Case 1:21-cv-04099-AT-RWL   Document 101-1   Filed 08/12/22   Page 4 of 4

LONG ISLAND

OCT. 12. 1994   2:54PM   P 3
PHONE NO. : 516 581 4538

-3-

The employer has a right to have this Order reviewed by filing a petition with the Industrial Board of Appeals within 60 days of the date of the Order as provided by Sections 141 and 218 of the Labor Law. Such a petition for review should be addressed to the Industrial Board of Appeals, 194 Washington Avenue, Albany, New York 12210. A copy of the Rules of Procedure and Practice before the Industrial Board of Appeals may be obtained from that Board upon request.

I hereby certify that this is a true and accurate copy of the original Order on file with the New York State Department of Labor, Division of Labor Standards, Albany, New York 12240

Diane Fiano

Certified this 7th day of October, 1994 _____
Supervising Labor Standards Inv.