AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Donald Hess, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-04099(AT)(RWL) |
| Bed Bath & Beyond Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Donald Hess and Elizabeth Padilla, and all others similarly situated.

Date: 08/29/2022

/s/Jeffrey K. Brown
*Attorney's signature*

Jeffrey K. Brown
*Printed name and bar number*

Leeds Brown Law, P.C.
One Old Country Road, Suite 347
Carle Place, New York 11514
*Address*

jbrown@leedsbrownlaw.com
*E-mail address*

(516) 873-9550
*Telephone number*

(516) 747-5024
*FAX number*